[No. 10227–3–I.  Division One.  June 7, 1982.]

DOROTHY CAMER, *as Personal Representative and as Guardian, Appellant,* v. FRANK B. BROUILLET, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–05307–8, Frank J. Eberharter, J., entered October 3, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.

[No. 10065–3–I.  Division One.  June 7, 1982.]

THE CITY OF SEATTLE, *Respondent,* v. KEVIN C. PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04790–2, Peter K. Steere, J., entered February 25, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.